## AFFIDAVIT OF RETURN OF SERVICE

ST. LOUIS COUNTY )

RE: CHRISTOPHER AVELLONE v. KARISSA BARROWS
United States District Court
Southern District of Illinois
Civil Action No. 3:22-cv-02247-SMY

Mark B. Smith, of Markell & Associates, Inc., being duly sworn upon his oath, states that he is over the age of 18 years; that he is a disinterested party to this action; and that he served a copy of the attached Summons; Complaint; Entry Of Appearance-dated September 28, 2022; and Entry Of Appearance-dated September 29, 2022 on defendant Karissa Barrows, by personal service, at 20 S. 75th St., Belleville, Illinois 62223 on October 3, 2022, 1108 a.m.

Description: W/F; app. 35 years; app. 5'5"; Brown hair

MARKELL & ASSOCIATES, INC.

_(signature)_

Mark B. Smith

Private Investigator
State of Missouri
License #2010019303

Private Detective
State of Illinois
License #115.001875

Subscribed to and sworn before me, a Notary Public on this 4th day of October, 2022.

_(signature)_

Notary Public

KERRY STOCHL
Notary Public - Notary Seal
Franklin County - State of Missouri
Commission Number 13497041
My Commission Expires Mar 20, 2025