IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER AVELLONE, | ) |
| | ) Case No. 3:22-cv-2247 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KARISSA BARROWS, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of <u>Defendant Karissa Barrows</u>.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the following state and federal courts:

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| California | 2009 | 264651 |
| United States Court of Appeals for the Ninth Circuit | 2011 | NA |
| United States District Court, Central District of California | 2014 | NA |
| United States District Court, Northern District of California | 2014 | NA |
| United States District Court, Southern District of California | 2020 | NA |
| United States District Court, Eastern District of Michigan | 2020 | NA |

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| United States District Court, Western District of Michigan | 2020 | NA |

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:  November 29, 2022            s/Daniel L. Allender
              Date                       Signature of Movant

Robins Kaplan LLP
2049 Century Park East, Ste. 3400        Daniel L. Allender
Street Address                           Printed Name

Los Angeles, CA 90067
City, State, Zip