IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER AVELLONE,** | ) |
| | ) Case No. 3:22-cv-2247-SMY |
| | ) |
| **Plaintiff,** | ) CJRA Track: B |
| | ) |
| vs. | ) Mandatory Mediation: Yes |
| | ) |
| **KARISSA BARROWS,** | ) Trial Date: December 11, 2023 |
| | ) |
| **Defendant.** | ) Judge Staci M. Yandle |

## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Federal Rules of Civil Procedures 26 and 36, Plaintiff Christopher Avellone requests that Defendant Karissa Barrows respond to the following requests (the "Requests") within thirty (30) days of service. Plaintiff requests that Defendant respond to these Requests separately, fully, and in accordance with the Federal Rules of Civil Procedure, all applicable local rules, and the instructions set forth below.

## INSTRUCTIONS

1. Pursuant to Federal Rule of Civil Procedure 36, you are directed to admit or deny the following Requests. If an objection is made, the reasons therefore shall be clearly stated. A denial shall fairly meet the substance of the Request, and when good faith requires that you qualify your answer or deny only a part of the matter for which an admission is requested, you must specify so much of it as is true and qualify or deny the remainder.

2. You may not give lack of information or knowledge as a reason for failure to admit or deny unless you state that you made reasonable inquiry and that the information known or readily obtainable by you is insufficient to enable you to admit or deny.

3. The Requests shall be deemed continuing, so as to require further and supplemental responses if you locate or obtain additional information which may impact the responses hereto between the time of the initial responses and the time of any trial in this action.

4. The Requests shall be deemed admitted unless, within 30 days after service, you serve upon Plaintiff a written answer or objection addressed to each matter, signed by you or your attorney.

## REQUESTS FOR ADMISSION

1. Admit that you are the author of the statements attributed to "Karissa" and "@SJBsMama" in Exhibit 1 hereto.

2. Admit that you are the author of the statements attributed to "Karissa Barrows" in Exhibit 2 hereto.

3. Admit that the statements in Exhibits 1 and 2 attributed to "Karissa," "@SJBsMama," and "Karissa Barrows" were published to a third party.

4. Admit that the statements in Exhibits 1 and 2 attributed to "Karissa," "@SJBsMama," and "Karissa Barrows" are about Plaintiff Christopher Avellone.

5. Admit that you intended that the reader of the statements in Exhibits 1 and 2 attributed to "Karissa," "@SJBsMama," and "Karissa Barrows" to understand the statements to be about Plaintiff Christopher Avellone.

6. Admit that you hate Plaintiff Christopher Avellone.

7. Admit that the statement "And yeah, I do hate you, Avellone" attributed to "Karissa" and "@SJBsMama" in Exhibit 1 is true.

8. Admit that prior to June 20, 2020 you were not aware of Kelly Bristol's claims that Avellone groped Kelly Bristol or assaulted Kelly Bristol.

2

Date: February 13, 2023					Respectfully submitted,

/s/ Anand C. Mathew
One of the attorneys for
Plaintiff Chris Avellone

Anand C. Mathew
Timothy G. Parilla
PALMERSHEIM & MATHEW LLP
401 N. Franklin Street, Suite 4S
Chicago, Illinois 60654
312.319.1791
acm@thepmlawfirm.com
tgp@thepmlawfirm.com

## CERTIFICATE OF SERVICE

I, Anand C. Mathew, an attorney, certify that on February 13, 2023, I caused the foregoing to be served upon the following via email:

>Daniel L. Allender
>Robins Kaplan LLP
>2049 Century Park East, Std. 3400
>Los Angeles, California 90067
>dallender@robinskaplan.com
>
>Lisa S. Hoppenjans
>Washington University School of Law
>One Brookings Drive
>St. Louis, Missouri 63130
>lhoppenjans@wustl.edu

>/s/ Anand C. Mathew
>Counsel for Plaintiff

# EXHIBIT

# 1







**Karissa ☕@✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 19

-one of my best friends, who then endured over a year of heartache, gaslighting, and emotional abuse at his hands. It was much easier to see then, and ALL of us who knew what was going on told her to get out. Eventually, she did, but not before he raged out of a restaurant-

💬 3   🔁 19   ❤️ 576

**Karissa ☕@✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 19

-drunk as fuck (as usual), leaving her behind, after which point she wandered the downtown streets of a major convention city late at night, ALONE, looking for him because she was worried he would get hurt due to how drunk he was. This was my breaking point.

💬 1   🔁 18   ❤️ 541

**Karissa ☕@✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 19

I went to two men I worked with at this convention and reported the situation. Interestingly enough, they were already discussing his terrible behavior when I found them together to report it. With my testimony added, he was blacklisted right then and there.

💬 1   🔁 23   ❤️ 584

**Karissa ☕@✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 19

His behavior didn't stop, though. If anything, it got worse. It took years for his employer to finally fire him (I honestly don't recall the exact reason he was given, it was a while ago and I wasn't there personally - this was relayed to me by a friend who also worked there).

💬 1   🔁 22   ❤️ 527

**Karissa ☕@✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 19

He moved to other studios. Other projects. Other conventions until they stopped inviting him on their own accord (whether due to behavior or relevance, I don't know). I pushed him out of my memory, as did my dear friends, and we only discussed our anger and disgust if he-

💬 1   🔁 20   ❤️ 520

**Karissa ☕@✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 19

-happened to come up. I've said something to some friends in journalism if he came up. Emily reached out to me after seeing my tweet to apologize. For what, I asked her? She didn't know what he was like and carried no fault in this. Most didn't know unless they saw it.

💬 1   🔁 18   ❤️ 510

**Karissa ☕@✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 19

Still no one said anything except in closed circles. *I* didn't say anything except in closed circles to warn people about his behavior. I have no idea if he's remotely better than he was then, but given how protected he's been from true consequences for his actions, I doubt it.



**Karissa ☕@✊🏻✊🏼✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 19

The actions I witnessed myself occurred between 2013 and 2015. Those I was told by friends who remained around him occurred up until 2017 or 2018. This was recent. Who knows how long it had been occurring before then; he was clearly no stranger to doing this when I met him.

💬 3    🔁 22    ♡ 509

---

**Karissa ☕@✊🏻✊🏼✊🏽✊🏾✊🏿|WEARAMASK😷**
@SJBsMama

Replying to @SJBsMama

I didn't bother blowing this up until today due to work being insane all week, but I've got the time now. Chris Avellone is an abusive, abrasive, conniving sexual predator. People tried to get him help. He refused it and continued. Stop glorifying him.

8:01 PM · Jun 19, 2020 · Twitter for iPhone

**315** Retweets  **49** Quote Tweets  **1K** Likes

---

**Karissa ☕@✊🏻✊🏼✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 20

Replying to @SJBsMama

Hey Avellone, since I know you've seen this now, spare us all the lies and the non-apologies. Either fess up to what you did to countless women and ACTUALLY apologize and atone, or shut the entire fuck up. And I didn't name certain entities FOR A FUCKING REASON.

💬 7    🔁 33    ♡ 658

---

**Karissa ☕@✊🏻✊🏼✊🏽✊🏾✊🏿|WEARAMASK😷** @SJBsMama · Jun 20

And yeah, I do hate you, Avellone. You assaulted & abused my friends. You made life hell for dozens of fellow industry. You've abused "star" power to victimize women. You're playing this weak ass victim card for sympathy points now that's your secret's out. GTFO with that shit.

💬 26    🔁 41    ♡ 690



# EXHIBIT

# 2

