IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CHRISTOPHER AVELLONE,** | ) | |
| | ) | **Case No.** 3:22-cv-02247-SMY |
| | ) | **Deadline for Completion of** |
| Plaintiff, | ) | **Mandatory Mediation Process:  June** |
| | ) | **23, 2023** |
| vs. | ) | |
| | ) | |
| **KARISSA BARROWS,** | ) | |
| | ) | |
| Defendant. | ) | |

# REPORT OF MANDATORY MEDIATION

A mediation session was held on March 6, 2023. The outcome of the Mandatory Mediation session is as follows:

☒ **CASE HAS SETTLED**.
  ☐ A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..
  Or
  ☒ Additional time is needed to consummate the settlement, and the Court entered a 60-day order on March 10, 2023.

☐ **MEDIATION WAS INCONCLUSIVE**. Another mediation session has been scheduled.

☐ **MEDIATION IS COMPLETE. CASE DID NOT SETTLE**. The case will proceed to trial pursuant to the Court's Scheduling Order.

☐ **OTHER. PLEASE EXPLAIN**.

DATED:  3/13/2023.

                                               Wayne D. Skigen
                                               Mediator