IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER AVELLONE, | ) |
| | ) Case No. 3:22-cv-2247-SMY |
| Plaintiff, | ) |
| | ) CJRA Track: B |
| vs. | ) |
| | ) Mandatory Mediation: Yes |
| KARISSA BARROWS, | ) |
| | ) Trial Date: December 11, 2023 |
| Defendant. | ) |
| | ) Judge Staci M. Yandle |

**JOINT STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Christopher Avellone, and Defendant, Karissa Barrows, by and through their attorneys, hereby stipulate to the dismissal of this case with prejudice. Plaintiff and Defendant agree as follows:

1. This lawsuit shall be dismissed with prejudice.

2. Each party shall bear its own attorney's fees, costs, and expenses.

**AGREED:**

/s/ Anand C. Mathew
Anand C. Mathew
Attorney for Plaintiff
Palmersheim & Mathew LLP
401 N. Franklin Street, Suite 4S
Chicago, Illinois 60654
(312) 319-1791

/s/ Daniel L. Allender (with consent)
Daniel L. Allender
Attorney for Defendant
Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
(310) 552-0130

**DATED:** March 27, 2023

| | |
|---|---|
| Date: March 27, 2023 | Respectfully submitted, |
| /s/ Anand C. Mathew<br>One of the attorneys for<br>Plaintiff Chris Avellone | /s/ Daniel L. Allender (with consent)<br>One of the attorneys for<br>Defendant Karissa Barrows |
| Anand C. Mathew<br>Timothy G. Parilla<br>PALMERSHEIM & MATHEW LLP<br>401 N. Franklin Street, Suite 4S<br>Chicago, Illinois 60654<br>312.319.1791<br>acm@thepmlawfirm.com<br>tgp@thepmlawfirm.com | Daniel Allender<br>Robins Kaplan LLP<br>2049 Century Park East, Ste. 3400<br>Los Angeles, CA 90067<br>310.552.0130<br>dallender@robinskaplan.com |

## CERTIFICATE OF SERVICE

I, Anand C. Mathew, an attorney, certify that on March 27, 2023, I caused the foregoing **Joint Stipulation to Dismiss** to be served on all counsel of record listed via the Court's ECF system.

/s/ Anand C. Mathew
Anand C. Mathew
PALMERSHEIM & MATHEW LLP
401 N. Franklin St., Suite 4S
Chicago, IL  60654
(312) 319-1791
acm@thepmlawfirm.com

*One of the attorneys for*
*Plaintiff Chris Avellone*